United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In the Matter of:

Evelyn Burgess

                                        Case No. 08-71705-tjt
                                        Chapter   7

                Debtor

## ORDER SETTING ASIDE ORDER GRANTING DISCHARGE

     On May 21, 2009 , an Order Granting Discharge was entered in the above entitled case. After further review it appears that a Complaint Objecting to the Debtor's Discharge was still pending   and the entry of this discharge order  the entry of this discharge should be set aside. NOW THEREFORE

     IT IS HEREBY ORDERED that the Chapter 7 discharge entered on   May 21 ,009    is set aside.

**Signed on June 01, 2009**
                                                               **/s/ Thomas J. Tucker**

**Thomas J. Tucker
United States Bankruptcy Judge**